Us Bank and Trust Corp
110 Birch St W
St Joseph MN 56374